UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Huntington National Bank, The
                      Plaintiff,

v.                                    Case No.: 1:23–cv–01368
                                            Honorable Franklin U. Valderrama

Muwafak Rizek, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 16, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Plaintiff's motion for prejudgment attachment of Defendants' assets [5] is granted. Enter Order on Motion for Prejudgment Attachment. Plaintiff shall file the bond, described in the Order on Motion for Prejudgment Attachment, with the Court on or before 3/24/2023. Plaintiff shall proceed to serve Defendants in accordance with Federal Rule of Civil Procedure 4(m). Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.