# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, <br><br> Plaintiff, <br><br> v. <br><br> IYS VENTURES, LLC; MUWAFAK RIZEK; I MART STORES L.L.C.; LEANNE HOLDINGS LLC; AND KENAN ENTERPRISES, INC., <br><br> Defendants. | Case No. 1:23-cv-01368 <br><br> Honorable Franklin U. Valderrama |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, The Huntington National Bank ("Huntington"), respectfully requests that the Court direct the Clerk to enter default in this matter against Defendants I Mart Stores L.L.C ("I Mart"), Leanne Holdings, LLC ("Leanne"), and Kenan Enterprises, Inc. ("Kenan") (collectively referred to as "Defendants") because Defendants have failed to appear or otherwise respond to Huntington's Complaint [Dkt. 1] within the time prescribed by the Federal Rules of Civil Procedure. *See Coast to Coast Claim Servs., Inc. v. Yagelski*, No. 21 C 04641, 2022 WL 16573461, at *1 (N.D. Ill. Oct. 31, 2022) (finding entry of default appropriate "'[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend' itself") (citing Fed. R. Civ. P. 55(a)). Defendants were served with the Complaint and their respective Summonses in this matter on May 19, 2023, and therefore, Defendants' responsive pleading deadline was June 9, 2023. The above stated facts are set forth in the accompanying Affidavit of Yeoeun C. Yoon in support of this Motion for Entry of Default, attached as Exhibit A.

Dated: June 30, 2023                             Respectfully submitted,

                                                           **THE HUNTINGTON NATIONAL BANK**

                                  By:   */s/ William J. Serritella, Jr.*
                                                   One of Its Attorneys

William J. Serritella, Jr.
Yeoeun C. Yoon
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, Illinois 60601
Telephone:   (312) 527-4000
Facsimile:    (312) 527-4011
Email:         wserritella@taftlaw.com
                yyoon@taftlaw.com