# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK,<br><br>      Plaintiff,<br><br>    v.<br><br>IYS VENTURES, LLC; MUWAFAK RIZEK; I MART STORES L.L.C.; LEANNE HOLDINGS LLC; AND KENAN ENTERPRISES, INC.,<br><br>      Defendants. | Case No. 1:23-cv-01368<br><br>Honorable Franklin U. Valderrama |

**DECLARATION OF YEOEUN YOON IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Pursuant to 28 U.S.C. § 1746, Yeoeun C. Yoon, declares as follows:

1. I am an attorney licensed to practice in Illinois and counsel for Plaintiff The Huntington National Bank ("Huntington") in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion for Entry of Default against Defendants I Mart Stores L.L.C ("I Mart"), Leanne Holdings, LLC ("Leanne"), and Kenan Enterprises, Inc. ("Kenan") (collectively referred to as "Defendants"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. To the personal knowledge of the undersigned, Defendants are not infants or incompetent persons, and are not in the Military Service of the United States, as defined in Title I of the Servicemembers Civil Relief Act of 2003 [50 U.S.C. Appx., § 501 *et seq*.].

3. Huntington filed its Complaint on March 6, 2023. [Dkt. 1.]

4. Summons for the Defendants were issued on March 7, 2023. *See* " March 7, 2023 Docket Text," a true and correct copy of which is attached hereto as Exhibit 1.

5. On April 25, 2023, despite multiple attempts, Huntington was unable to contact, reach, or find the registered agent for each of the Defendants at Defendants' respective registered office or principal office, and therefore, Huntington served the Complaint and Summons for each of the Defendants on the Illinois Secretary of State pursuant to Federal Rule of Civil Procedure 4(h)(1)(A) and 4(e)(1), and 805 ILCS 5/5.25 (service of process on corporations) and 805 ILCS 180/1-50 (service of process on limited liability company). True and correct copies of the Affidavits of Compliance for Service on Secretary of State ("Affidavits of Compliance"), Complaint, and Summons for I Mart, Leanne, and Kenan are attached hereto as <u>Exhibits 2, 3, and 4</u>, respectively.

6. According to the filed versions of the Affidavits of Compliance for Defendants, on May 2, 2023, the Affidavits of Compliance were approved and filed by the Illinois Secretary of State. *See* Exs. 2, 3, 4. Thereafter, Huntington mailed the Affidavit of Compliance, Complaint and Summons to each respective Defendant via FedEx to each respective Defendant's last registered office and to an address which, based on reasonable inquiry, Huntington has reason to believe is most likely to result in actual notice.

7. On May 19, 2023, my law firm received confirmation that the Affidavits of Compliance, Complaint and Summons were delivered to each of the Defendants. True and correct copies of the confirmation of delivery of the Affidavits of Compliance, Complaint and Summons on Defendants are also included in Exhibits 2, 3, and 4. *See* Exs. 2, 3, 4.

8. Accordingly, under Federal Rule of Civil Procedure 12, Defendants were required to respond, answer, or otherwise plead to Huntington's Complaint by June 9, 2023.

9. As of June 30, 2023, Defendants have not filed via the Court's ECF filing system or served me or my firm with a response, answer, or pleading to Huntington's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 30 day of June, 2023 at Chicago, IL.

Respectfully submitted,

Dated: June 30, 2023　　　　　　　　　By: _____

75897340v1

3